# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:23-mj-660-VCF |
|---|---|
| Plaintiff, | Order Directing Probation to Prepare a Criminal History Report |
| v. | |
| ERNESTO CORRAL-RODRIGUEZ, aka "Erneto Coria-Rodriguez," aka "Ernesto Corral," aka "Arnesto Rodriguez-Corral," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this __28th__ day of July, 2023.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE