1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar Number 7709
   JUSTIN WASHBURNE
3  Assistant United States Attorneys
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: 702.388.6378
5  Justin.Washburne@usdoj.gov
   *Attorneys for the United States*

6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

| | |
|---|---|
| 8  UNITED STATES OF AMERICA, | Case No. 2:23-mj-660-VCF |
| 9        Plaintiff, | Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |
| 10       v. | |
| 11 ERNESTO CORRAL-RODRIGUEZ, | |
|        aka "Erneto Coria-Rodriguez," | |
| 12     aka "Ernesto Corral," | |
|        aka "Arnesto Rodriguez-Corral," | |
| 13 | |
| 14       Defendant. | |

15

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on 8/7/2023 at the hour of 4:00 p.m., be vacated and continued to 10/24/2023 at the hour of 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

5

DATED this 28th day of July, 2023.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE